HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARPREET GREWAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG 13-082 DAD |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO LIFT ABSTRACT |
| HARPREET GREWAL, | |
| Defendant. | Time:<br>Judge: Hon. Dale A. Drozd |

INTRODUCTION

The parties request that the Court enter an Order lifting the Abstract so that the Defendant, Harpreet Grewal, can obtain his California Driver's License.

BACKGROUND FACTS

On September 14, 2012, Mr. Grewal was issued citation number 2971958 for driving without a license. His California license had been suspended for a failure to pay fines (some of those having occurred in

1  Arizona).  His case was set for the CVB calendar sometime thereafter.
2  When Mr. Grewal did not show up for the CVB calendar an Abstract
3  apparently issued.  (See attached DMV record and citation.)  Once Mr.
4  Grewal became aware of the situation a new date was set.  Mr. Grewal
5  appeared on March 12, 2013 and an Information was filed.  His case is
6  currently set for a bench trial in June.  The parties are working to
7  resolve the matter, but agree that the Abstract should be lifted in
8  light of the defendant's appearance in this case.

Dated:  May 16, 2013

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        HARPREET GREWAL


Dated: May 16, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/Ashwin Janakiram
                                        ASHWIN JANAKIRAM
                                        Special Assistant United States
                                        Attorney

**ORDER**

IT IS SO ORDERED.
Dated: 5/16/13

                                        HON. DALE A. DROZD
                                        U.S. Magistrate Judge

## United States District Court Violation Notice

CVB Location Code: CA-12

Violation Number: 2971958
Officer Name (Print): HUNTLEY
Officer No.: T-99

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 09/14/2012 0720 HRS
Offense Charged: ☐ CFR ☐ USC ☑ State Code: CVC 12500(a)

Place of Offense: TRACY, CA 95304 / DLA TRACY TRUCK GATE

Offense Description; Factual Basis for Charge: UNLICENSED / SUSPENDED LICENSE

### DEFENDANT INFORMATION

Last Name: GREWAL
First Name: HARPREET
M.I.: S.

City: SACRAMENTO
State: CA
Zip Code: 95834

Drivers License No.: D6687597
CDL or D.L. State: CA

Adult ☑  Sex: ☑ Male  ☐ Female
Hair: BLK  Eyes: BRN  Height: 6'01"  Weight: 145

### VEHICLE

VIN: 3HSCNAPR15N173220
Tag No.: 1227181
State: IN
Year: 05
Make/Model: INTERNATIONAL 9400i
Color: WHITE

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___
Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2009)  Original — CVB Copy

Grewal_00005

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPT. 14, 2012 while exercising my duties as a law enforcement officer in the 12th District of CALIFORNIA

SEE REPORT.

The foregoing statement is based upon:
☑ my personal observation     ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/14/2012    [signature]
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

| DRIVER RECORD INFORMATION | | | | | | | | DMV | IDENTIFICATION OF DRIVER BASED ON INFORMATION SUBMITTED |
|---|---|---|---|---|---|---|---|---|---|
| DRIVERS LICENSE OR ID CARD # | F.O. | BATES NO. | TYPE APP. | DATE | MISC. INFO. SUBMITTED BY REQUESTER | REQ. CODE | RECORD DATE | DEPARTMENT OF MOTOR VEHICLES A PUBLIC SERVICE AGENCY | |
| 06687597 | | | | | LAW ENF CNTR | 87005 | 031413 35715 | | GREWAL, HARPREET SINGH (CONTINUED FROM PREVIOUS PAGE) |
| BIRTHDATE | SEX | HEIGHT | WEIGHT | EYES | HAIR | DMV USE ONLY | | | |

### DRIVER LICENSE INFORMATION

| CLASS | ISSUED | EXPIRES | EXT. | RESTRICTIONS | DUP. LIC. ISSUED | LIC. HELD |
|---|---|---|---|---|---|---|
| | | | | | | |

| ITEM | VIOLATION OR ACC. DATE | CONVICTION DATE | SECTION(S) VIOLATED LOCATION OR ACCIDENT OR OUT-OF-STATE VIOLATION(S) | STATUTE | COURT DISPOSITION TYPE | JAIL OR CYA | AMT. | DOCKET, CITATION OR FR FILE NUMBER | LOCATION OF COURT OR ACCIDENT REPORT NUMBER | VEHICLE LICENSE |
|---|---|---|---|---|---|---|---|---|---|---|
| FTA | 091412 | | 12951 | VC | | | | 2971958 | 34900 SACRAMENTO | 1227981 |

State of California
**DEPARTMENT OF MOTOR VEHICLES**

I hereby certify that the document to which this is affixed is a true copy of the records of the Department of Motor Vehicles

Motor Vehicle File No. _____

Date MAR 15 2013

In accordance with _____ VC, the above employee of the Department of Motor Vehicles has been authorized to prepare under seal and certify copies of records of this Department.

ANY ACCIDENTS SHOWN ABOVE DO NOT NECESSARILY INDICATE DRIVER RESPONSIBILITY

US FED PUB DEF EASTERN DIST CA
CRIMINAL DEFENSE INVS STAFF
801 I ST 3RD FL
SACRAMENTO    CA   95814

SEE REVERSE FOR EXPLANATION OF CODES

| DEPARTMENT ACTION | MAIL ORDER DATE | EFFECTIVE DATE | AUTHORITY SECTION(S) OR OTHER STATE TAKING ACTION | THRU DATE OR TERM | REASON FOR ACTION | SERVICE OF ORDER TYPE | DATE | FR FILE NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DL414 (REV 04/97)