```
 1  JOSEPH SCHLESINGER, #87692
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAMON WILLIAMS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    HARPREET GREWAL
 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:13-mj-82 DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE BENCH TRIAL |
| HARPREET GREWAL, | ) | |
| Defendant. | ) | Date:  April 17, 2013 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for HARPREET GREWAL, that the Court continue the April 17, 2013 Bench Trial and set this matter for Bench Trial on June 19, 2013 at 9:00 a.m.

The ends of justice are best served by allowing a continuance in this matter. Defense needs time to investigate Mr. Grewal's case.

1

2  Dated: April 16, 2013

3                                              Respectfully submitted,

4                                              JOSEPH SCHLESINGER
                                               Acting Federal Defender

5                                              /s/ Linda C. Harter
                                               LINDA C. HARTER
6                                              Chief Assistant Federal Defender
                                               Attorney for Defendant
7                                              HARPREET GREWAL

8  Dated: April 16, 2013                       BENJAMIN B. WAGNER
                                               United States Attorney
9

10
                                               /s/Ashwin Janakiram
11                                             ASHWIN JANAKIRAM
                                               Special Assistant United States
12                                             Attorney

13
                                    **ORDER**
14
IT IS SO ORDERED.
15
DATED: May 23, 2013.
16

17                                 _Dale A. Drozd_____
                                   DALE A. DROZD
18                                 UNITED STATES MAGISTRATE JUDGE

19
   dad1.crim
20 grewal0082.stipord.cont.trial.wpd

21

22

23

24

25

26

27

28

   Stipulation and Proposed Order    -2-