```
BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-00082-DAD |
| Plaintiff, | ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | |
| HARPREET S. GREWAL, | DATE: JUNE 19, 2013 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

It is hereby ordered that the plaintiff United States of America's motion to dismiss Case no. 2:13-mj-00082-DAD and to vacate the court trial set for June 19, 2013 is GRANTED.

IT IS SO ORDERED.

DATED: June 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
grewal0082.ord re dismiss.wpd